1046

[No. 32708-2-II.   Division Two.   July 11, 2006.]

TODD D. FLETCHER ET AL., *Appellants*, v. CLARK McGOWAN
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-2-09246-6, Vicki L. Hogan, J., entered
December 27, 2004. *Affirmed* by unpublished opinion per
Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32861-5-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE WILLIAM
PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 04-1-00224-3, Richard L. Brosey, J., entered
February 2, 2005. *Affirmed in part* and *remanded* by unpub-
lished opinion per Penoyar, J., concurred in by Bridgewater
and Hunt, JJ. Now published at 134 Wn. App. 763.

[No. 32921-2-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BUDDY R.
RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 04-1-00447-1, James B. Sawyer II, J., entered
March 1, 2005. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton and Penoyar, JJ.

[No. 33376-7-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN
DIDIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-1-00158-7, Stephanie A. Arend, J., entered
June 9, 2005. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Houghton and Penoyar, JJ.